**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JESUS MANUEL QUINTERO, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | No. 5:24-cv-4687 |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| Respondent. | : | |

**O R D E R**

**AND NOW,** this 27th day of February, 2025, for the reasons set forth in the Opinion

issued this date, **IT IS ORDERED THAT**:

1.　　The Report and Recommendation, ECF No. 13, is **ADOPTED in part**.

2.　　The Amended Petition, ECF No. 9, is **DISMISSED**.

3.　　The Petitioner's Motion to Suppress Evidence, ECF No. 4, is **DISMISSED** as

moot.

4.　　The Petitioner's Motion to Quash, ECF No. 5, is **DISMISSED** as moot.

5.　　The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge